UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CHRISTOPHER RATCLIFF,
individually and on behalf of all
those similarly situated,

    Plaintiff,

v.

    Case No. 0:22-cv-60933-AHS

TRANSWORLD SYSTEMS INC,

    Defendant.
_____/

## JOINT NOTICE SCHEDULING MEDIATION

Plaintiff, Christopher Ratcliff, and defendant, Transworld Systems Inc., through undersigned counsel and pursuant to this Court's Order dated July 18, 2022 [Doc. 10], file this Joint Notice Scheduling Mediation. The mediation conference has been scheduled for **February 28, 2023 at 2:00 p.m. (EST)** via Zoom videoconference before Barbara Locke.

Date: August 10, 2022

Respectfully submitted,

| | |
|---|---|
| */s/ Thomas J. Patti, III* | */s/ Ashley Wydro* |
| Thomas J. Patti, III, Esq. | Ashley Wydro, Esq. |
| Florida Bar No. 118377 | Florida Bar No. 0106605 |
| Jibrael S. Hindi, Esq. | Dayle M. Van Hoose, Esq. |
| Florida Bar No. 118259 | Florida Bar No. 0016277 |
| Jennifer G. Simil, Esq. | Michael P. Schuette, Esq. |
| Florida Bar No. 1018195 | Florida Bar No. 0106181 |
| THE LAW OFFICES OF JIBRAEL S. HINDI | SESSIONS, ISRAEL & SHARTLE, LLC |
| 110 SE 6th Street, Suite 1744 | 3350 Buschwood Park Drive, Suite 195 |
| Fort Lauderdale, FL 33301 | Tampa, Florida 33618 |
| Telephone: (954) 907-1136 | Telephone: (813) 440-5327 |
| Facsimile: (855) 529-9540 | Facsimile: (877) 334-0661 |
| tom@jibraellaw.com | awydro@sessions.legal |

| | |
|---|---|
| jibrael@jibraellaw.com<br>jen@jibraellaw.com<br>*Counsel for Plaintiff* | dvanhoose@sessions.legal<br>mschuette@sessions.legal<br>*Counsel for Defendant,*<br>*Transworld Systems Inc.* |